EDWARD MUMFORD VS. *Wheel of Fortune,* 1750

Per M<sup>r</sup> Robinson
pro Respond<sup>t</sup>

At a Court of Vice Admiralty Held at Newport in the Colony of Rhode Island on Monday the Thirtieth of April A. D. 1750. Present the Honorable Samuel Wickham Esq<sup>r</sup> Deputy Judge. The Court being opened.